# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CECIL GUTHRIE, )<br>　　　　Plaintiff(s) )<br>　　　　　　　　　　　　　) | Case No. CIV-15-162-JHP |
| **v.**　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　) | Date:  8/10/2016 |
| JEFFREY GRAGG, et al., 　) | |
| 　　　　Defendant(s). 　) | |

### MINUTE SHEET - JURY TRIAL

JAMES H. PAYNE, Judge　　　M. Sabo, Law Clerk　　　K. McWhorter, Court Reporter
　　　　　　　　　　　　　　C. Trzcinski, Deputy Clerk　FTR - Courtroom 1

**Plaintiff Cecil Guthrie present with counsel:**  David R. Keesling and Timothy S. Kittle
**Defendant Jeffrey Gragg present, and Steven Wright present on behalf of Board of County Commissioners for Muskogee County, Oklahoma, with counsel**: Andy A. Artus and Travis White

| TIME | MINUTES |
|---|---|
| 9:10 AM | Reconvened and continued with Plaintiff's evidence. |
| 9:11 AM | 5)  George Roberson |
| 9:44 AM | 6)  James Brett Guthrie |
| 10:05 AM | RECESS |
| 10:25 AM | Reconvened and continued with Plaintiff's evidence. |
| 10:26 AM | 7)  Cecil Guthrie |
| 12:00 PM | RECESS |
| 1:37 PM | Reconvened and continued with Plaintiff's evidence. |
| 3:11 PM | RECESS |
| 3:41 PM | Reconvened and continued with Plaintiff's evidence. |
| 3:48 PM | 8)  Pat Guthrie |
| 5:08 PM | Plaintiff rests.  Out of presence of jury, Defendants' oral Rule 50 Motion.  OVERRULED. |
| 5:19 PM | Jury excused until 8:30 AM on 8/11/2016.  Court adjourned. |